```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 07481
   JOSEPH K RODRIGUEZ
   SHERRI RODRIGUEZ                                 CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1559       SSN XXX-XX-2278

----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/26/06 and confirmed on 09/14/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  27000.00 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
----------------------------------------------------------------------------
HSBC BANK                  CURRENT MORTG           .00             .00             .00
HSBC BANK                  MORTGAGE ARRE       6582.25             .00         6582.25
FREEDOM CARD GOLD MASTER   UNSECURED            182.12             .00           81.00
BASINGER PHARMACY          UNSECURED          NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED            244.46             .00          108.72
RESURGENT CAPITAL SERVIC   UNSECURED           1454.06             .00          646.70
B LINE LLC                 UNSECURED          15431.09             .00         6863.03
COMMUNITY ORTHOPEDICS      UNSECURED            711.20             .00          316.31
BAKER MILLER MARKOFF KRA   UNSECURED          NOT FILED            .00             .00
DISCOVER BANK              UNSECURED          10633.08             .00         4729.10
PREMIER BANKCARD/CHARTER   UNSECURED            497.14             .00          221.10
CREDIT PAC                 UNSECURED          NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED            491.88             .00          218.77
JOLIET JUNIOR COLLEGE      UNSECURED            792.30             .00          352.38
RESURGENT CAPITAL SERVIC   UNSECURED           6840.00             .00         3042.11
NICOR GAS                  UNSECURED            795.45             .00          353.78
NEW WORLD MEDIA            UNSECURED          NOT FILED            .00             .00
ATG CREDIT                 UNSECURED          NOT FILED            .00             .00
HARRIS & HARRIS LTD        UNSECURED          NOT FILED            .00             .00
PALOS COMMUNITY HOSPITAL   UNSECURED          NOT FILED            .00             .00
----------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
----------------------------------------------------------------------------
SANTANNA ENERGY            UNSECURED          NOT FILED            .00             .00
CREDIT PAC                 UNSECURED          NOT FILED            .00             .00
        Summary of disbursements:
----------------------------------------------------------------------------
                     SECURED       PRIORITY     UNSECURED       OTHER           TOTAL

TOTAL CLMS ALLOWED   6582.25            .00      38072.78         .00         44655.03
```

```
PRINCIPAL PAID            6582.25              .00       16933.00              .00       23515.25
INTEREST PAID                  .00              .00             .00              .00             .00
TOTAL PAID                6582.25              .00       16933.00              .00       23515.25
```
The Debtor's attorney, DAVID M SIEGEL                     , was allowed $   3000.00
and was paid $    376.00   direct and $   2624.00   through the plan.

The Trustee received $     860.75 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/18/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 06 B 07481 JOSEPH K RODRIGUEZ & SHERRI RODRIGUEZ